Stuart L. Carroll, Esq. (SBN 163980)
stuart@carrollaw.com
**LAW OFFICES OF STUART L. CARROLL**
400 Continental Blvd., Suite 600
El Segundo, California 90245
Telephone:  (310) 615-1935

Attorney for Plaintiff CARRIE GRAY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARRIE GRAY,<br><br>      Plaintiff, Counter-Defendant<br><br>vs.<br><br>PAT MCGRATH COSMETICS LLC, a New York limited liability company; SEPHORA USA, INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>      Defendants, Counter-Claimants | **Case No.:** 2:19-cv-00091-PA-PLA<br><br>**PLAINTIFF'S FIRST AMENDED ANSWER TO DEFENDANTS' COUNTER-CLAIM** |

Plaintiff and Counter-Defendant CARRIE GRAY ("Plaintiff") by and through her counsel of record, hereby answer the Counter-Claim filed by Defendants PAT MCGRATH COSMETICS LLC and SEPHORA USA, INC. (collectively, the "Defendants") as follows:

-1-

1

**PARTIES**

2    1.    Plaintiff admits, based upon current information and belief, that Defendant

3  Pat McGrath Cosmetics LLC is a New York limited liability company.

4    2.    Plaintiff admits, based upon current information and belief, that Defendant

5  Pat Sephora USA, Inc. is a Delaware corporation.

6    3.    Plaintiff admits the allegations in paragraph 3 of the Counter-Claim.

7    **JURISDICTION AND VENUE**

8    4.    Plaintiff admits the allegations in paragraph 4 of the Counter-Claim.

9    5.    Plaintiff admits the allegations in Paragraph 5 of the Counter-Claim.

10    6.    Plaintiff admits the allegations in paragraph 6 of the Counter-Claim.

11    7.    Plaintiff admits the allegations in Paragraph 7 of the Counter-Claim.

12    8.    Plaintiff admits the allegations in Paragraph 8 of the Counter-Claim.

13    9.    Plaintiff admits the allegations in Paragraph 9 of the Counter-Claim.

14    10.    Plaintiff admits the allegations in Paragraph 10 of the Counter-Claim.

15    11.    Plaintiff admits the allegations in Paragraph 11 of the Counter-Claim.

16    12.    Plaintiff admits the allegations in Paragraph 12 of the Counter-Claim.

17    13.    Plaintiff is without knowledge or information sufficient to form a belief as to

18  the truth of the entirety of the allegations of paragraph 13 of the Counter-Claim and on

19  that basis deny the same.

20    14.    Plaintiff admits the allegations in Paragraph 14 of the Counter-Claim.

21    15.    Plaintiff admits the allegations in Paragraph 15 of the Counter-Claim.

22    16.    Plaintiff denies the allegations in Paragraph 16 of the Counter-Claim.

23    17.    Plaintiff admits the allegations in Paragraph 17 of the Counter-Claim.

24    **FIRST COUNTERCLAIM**

25    18.    Plaintiff incorporates by reference herein her responses to Paragraphs 1

26  through 17 of the Counter-Claim.

27

28

-2-

**GRAY v. PAT MCGRATH, ET AL.**
**Case No. 2:18-cv-00091-PA-PLA**                    **PLAINTIFF'S FIRST AMENDED ANSWER TO**
                                                      **COUNTER-CLAIM**

19.     Paragraph 19 asserts a legal conclusion to which no response is required.  To the extent a response may be required, Plaintiff denies the allegations in paragraph 19 of the Counter-Claim.

20.     Paragraph 20 asserts a legal conclusion to which no response is required.  To the extent a response may be required, Plaintiff denies the allegations in paragraph 20 of the Counter-Claim.

21.     Plaintiff denies the allegations in Paragraph 21 of the Counter-Claim.

22.     Plaintiff denies the allegations in Paragraph 22 of the Counter-Claim.

23.     Plaintiff denies the allegations in Paragraph 23 of the Counter-Claim.

## GENERAL DENIAL

Plaintiff denies all allegations, declarations, claims, or assertions in the Counter-Claim that are not specifically admitted in this Answer.

## DEFENSES

By alleging the affirmative defenses set forth below, Plaintiff is not in any way agreeing or conceding that she has the burden of proof or the burden of persuasion on any of these issues.

## FIRST AFFIRMATIVE DEFENSE

Defendants' Counter-Claim fails to state a claim due to the failure to allege fraud with specific particularity.

## SECOND AFFIRMATIVE DEFENSE

Defendants' Counter-Claim is barred by the doctrine of laches.

## THIRD AFFIRMATIVE DEFENSE

Defendants' Counter-Claim is barred by the doctrine of unclean hands.

## FOURTH AFFIRMATIVE DEFENSE

Defendants' Counter-Claim is barred by estoppel.

-3-

1    Plaintiff reserves the right to amend this Answer and plead additional or more
2    specific defenses as warranted by the facts determined through the conclusion of the
3    discovery process.

4    ## DEMAND FOR JURY TRIAL

5    Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Plaintiff and Counter-
6    Defendant hereby demands a trial by jury on all issues triable as of right by a jury.

7

8    Dated:  March 18, 2019.          **LAW OFFICES OF STUART L. CARROLL**

9

10                                    By:   _/ Stuart L. Carroll /_
11                                          Stuart L. Carroll, Esq.
12                                    Attorney for Plaintiff and Counter-Defendant
                                      CARRIE GRAY

**GRAY v. PAT MCGRATH, ET AL.**
**Case No. 2:18-cv-00091-PA-PLA**                    **PLAINTIFF'S FIRST AMENDED ANSWER TO**
                                                     **COUNTER-CLAIM**

1

2

## **CERTIFICATE OF SERVICE**

        I hereby certify that on March 18, 2019, I electronically filed PLAINTIFF'S

FIRST AMENDED ANSWER TO COUNTER-CLAIM with the Clerk of the Court

using the CM/ECF system, which sends notification of that filing to all counsel of record.

By:   / Stuart L. Carroll /
        Stuart L. Carroll, Esq.

-5-

**GRAY v. PAT MCGRATH, ET AL.**
**Case No. 2:18-cv-00091-PA-PLA**                    **PLAINTIFF'S FIRST AMENDED ANSWER TO**
                                                                                        **COUNTER-CLAIM**