Stuart L. Carroll, Esq. (SBN 163980)
stuart@carrollaw.com
**LAW OFFICES OF STUART L. CARROLL**
400 Continental Blvd., Suite 600
El Segundo, California 90245
Telephone: (310) 615-1935

Attorney for Plaintiff CARRIE GRAY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARRIE GRAY,<br><br>      Plaintiff, Counter-Defendant<br><br>vs.<br><br>PAT MCGRATH COSMETICS LLC, a New York limited liability company; SEPHORA USA, INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>      Defendants, Counter-Claimants | **Case No.:** 2:19-cv-00091-PA-PLA<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br>(F.R.C.P. Rule 41(a)(1)(A)(ii)) |

//
//
//

-1-

## ORDER

This Court having considered the parties' joint stipulation to the dismissal of the above-entitled action, with prejudice, each party to bear its own costs, including possible attorneys' fees or other expenses of this litigation, it is hereby ORDERED that this matter is dismissed, with prejudice, in its entirety.

IT IS SO ORDERED.

Dated: November 06, 2019

*[signature]*

Percy Anderson
UNITED STATES DISTRICT JUDGE